1  JOHN M. NEUKOM (SBN 275887)
   DEBEVOISE & PLIMPTON, LLP
2  650 California Street
   San Francisco, CA 94108
3  Telephone:    (415) 738-5700
   Facsimile:    (415) 644-5628
4  jneukom@debevoise.com

5  JAMES Y. PAK (SBN 304563)
   SKADDEN, ARPS,
6    SLATE, MEAGHER & FLOM LLP
   525 University Avenue
7  Palo Alto, California  94301-1908
   Telephone:    (650) 470-4500
8  Facsimile:    (650) 470-4570
   john.neukom@skadden.com
9  james.pak@skadden.com

10 DOUGLAS R. NEMEC (*pro hac vice*)
   LESLIE A. DEMERS (*pro hac vice*)
11 ANTHONY P. BIONDO (*pro hac vice*)
   SKADDEN, ARPS,
12   SLATE, MEAGHER & FLOM LLP
   One Manhattan West
13 New York, New York 10001
   Telephone:    (212) 735-3000
14 Facsimile:    (212) 735-2000
   douglas.nemec@skadden.com
15 leslie.demers@skadden.com
   anthony.biondo@skadden.com
16
   Attorneys for Plaintiff,
17 Fortinet, Inc.

18                    **UNITED STATES DISTRICT COURT**

19                    **NORTHERN DISTRICT OF CALIFORNIA**

20                         **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 21  FORTINET, INC., | Case No. 3:20-cv-03343-EMC |
| 22              Plaintiff, | **JOINT CASE MANAGEMENT STATEMENT** |
| 23       vs. | |
| 24  FORESCOUT TECHNOLOGIES, INC. | Date:  March 28, 2023 |
| 25              Defendant. | Time:  2:30 p.m.<br>Judge: The Honorable Edward M. Chen |
| 26 | |

27

28

---

**JOINT CASE MANAGEMENT STATEMENT**                    Case No. 3:20-cv-03343-EMC

Plaintiff, Fortinet, Inc. ("Fortinet") and Defendant Forescout Technologies, Inc. ("Forescout") respectfully submit this JOINT CASE MANAGEMENT STATEMENT pursuant to Civil Local Rule 16-10(d).

As noted in § 3 below, the parties continue to explore potential settlement. In view of this, the parties jointly request that the March 28, 2023 status conference be continued for approximately two months.

### 1. Pending Motions

There are currently no motions pending before the Court.

### 2. Discovery

The parties are in the midst of fact discovery. The parties have exchanged written discovery and documents. The parties have exchanged correspondence on various discovery issues and have attempted to resolve their disputes and avoid the need for motion practice.

### 3. Settlement and ADR

The parties' December 7, 2022, Settlement Conference before Chief Magistrate Judge Joseph C. Spero was unsuccessful. The parties are scheduled for a further Settlement Conference before Chief Magistrate Judge Spero on June 28, 2023. (*See* Dkt. 186). The parties have agreed to continue informal settlement discussions and also discussed the possibility of private mediation.

### 4. Scheduling

The case currently has no schedule.

### 5. Parallel Actions

As previously reported, on May 14, 2021, Forescout filed four IPRs with the Patent Trial and Appeal Board (PTAB), challenging the validity of the three patents asserted in the original Complaint in this action, and filed two additional IPRs on August 11, 2021 challenging the validity of the two patents asserted in the Amended Complaint in this action.[1]

From these six petitions, two IPRs were instituted and have since completed. On November 15, 2022, the PTAB issued a final written decision in IPR2021-00914 invalidating all of the asserted

---

[1] IPR2021-00912 (9,369,299 patent) (not instituted), IPR2021-00913 (9,369,299 patent) (not instituted), IPR2021-00914 (8,458,314 patent) (final written decision), IPR2021-00915 (9,948,662 patent) (not instituted), IPR2021-01328 (9,503,421 patent) (not instituted) and IPR2021-01329 (9,894,034 patent) (final written decision).

claims of U.S. Pat. No. 8,458,314.  On January 25, 2023, the PTAB issued a final written decision in IPR2021-01329 invalidating Claims 1, 2, 15, and 16 of U.S. Pat. No. 9,894,034. Claims 4, 9, and 23 of the '034 Patent remain asserted and were not held invalid.

DATED:  March 21, 2023        Respectfully Submitted:
                              FORTINET, INC


                              By: */s/ John Neukom*
                                  John Neukom
                                  DEBEVOISE & PLIMPTON, LLP
                                  *Attorneys for Plaintiff Fortinet, Inc.*


DATED:  March 21, 2023        Respectfully Submitted:
                              FORESCOUT TECHNOLOGIES INC.


                              By: */s/ James L. Davis, Jr.*
                                  James L. Davis, Jr.
                                  ROPES & GRAY LLP
                                  *Attorneys for Defendant Forescout Technologies, Inc.*


## **ATTESTATION**

I, John Neukom, am the ECF user whose identification and password are being used to file the parties' Joint Case Management Statement.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

                                             */s/  John Neukom*