JOHN M. NEUKOM (SBN 275887)
DEBEVOISE & PLIMPTON LLP
650 California Street
San Francisco, California 94108
Telephone:     (415) 738-5700
jneukom@debevoise.com

JAMES Y. PAK (SBN 304563)
SKADDEN, ARPS,
  SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California  94301
Telephone:     (650) 470-4500
james.pak@skadden.com

DOUGLAS R. NEMEC (*pro hac vice*)
LESLIE A. DEMERS (*pro hac vice*)
ANTHONY P. BIONDO (*pro hac vice*)
SKADDEN, ARPS,
  SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:     (212) 735-3000
douglas.nemec@skadden.com
leslie.demers@skadden.com
anthony.biondo@skadden.com

*Attorneys for Plaintiff,*
*Fortinet, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>FORESCOUT TECHNOLOGIES, INC.<br><br>        Defendant. | Case No. 3:20-cv-03343-EMC<br><br>**DECLARATION OF TAL LAVIAN IN SUPPORT OF PLAINTIFF FORTINET, INC.'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE**<br><br>Hon. Edward M. Chen |

LAVIAN DECL. ON MOT. TO STRIKE                                CASE NO.: 3:20-cv-03343-EMC

I, Dr. Tal Lavian, declare as follows:

1. I have been retained by counsel for Fortinet, Inc. ("Fortinet") as an expert to offer opinions in the above-captioned lawsuit, including as to the infringement of the claims of U.S. Patent Nos., 9,369,299, 9,503,421, 9,894,034, and 9,948,662. I am currently the Principal Scientist for TelecommNet Engineering, Inc. I submit this declaration in support of Fortinet's Opposition to Defendant's Motion to Strike, filed concurrently herewith.

2. I have personal knowledge of the facts set forth in this declaration, and if called as a witness I could and would testify competently to such facts under oath.

3. I understand that the Motion to Strike, brought by Defendant Forescout Technologies, Inc. ("Forescout"), seeks to strike paragraphs 256-290 (relating to Multifactor Risk Scoring) of my expert report regarding infringement.

4. I discovered Multifactor Risk Scoring when conducting online research in connection with the preparation of my expert report. To the best of my recollection, this is the first I learned of the Multifactor Risk Scoring functionality.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 18, 2024, at Encino, California.

DocuSigned by:

Tal Lavian

86EA69B7A94C472

Tal Lavian, Ph.D.