UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORTINET, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>FORESCOUT TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. 20-cv-03343-EMC (TSH)<br><br>**ORDER RE MOTION TO SEAL**<br><br>Re: Dkt. No. 235 |

The motion to seal at ECF No. 235 is **GRANTED** as to Exhibits 4 and 5. As to Exhibit 3, Fortinet's proposed redactions in ECF No. 236 are acceptable. Because the redactions have already been filed in the public record in ECF No. 236-1, no further action on the motion to seal is necessary.

This order terminates ECF No. 235.

**IT IS SO ORDERED.**

Dated: April 22, 2024

                                                                    THOMAS S. HIXSON<br>
                                                                      United States Magistrate Judge