JOHN M. NEUKOM (SBN 275887)
LINDSAY COOPER HAYMAN (SBN 287125)
DEBEVOISE & PLIMPTON
650 California Street
San Francisco, CA 94108
Telephone:     (415) 738-5700
Facsimile:     (415) 644-5628
jneukom@debevoise.com
lchayman@debevoise.com

DOUGLAS R. NEMEC (*pro hac vice*)
LESLIE A. DEMERS (*pro hac vice*)
ANTHONY P. BIONDO (*pro hac vice*)
SKADDEN, ARPS,
SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
Telephone:     (212) 735-3000
Facsimile:     (212) 735-2000
douglas.nemec@skadden.com
leslie.demers@skadden.com
anthony.biondo@skadden.com

*Attorneys for Plaintiff*
*Fortinet, Inc.*

KELLY C. HUNSAKER (SBN: 168307)
*khunsaker@winston.com*
EIMERIC REIG-PLESSIS (SBN: 321273)
*ereigplessis@winston.com*
MATTHEW R. MCCULLOUGH (SBN: 301330)
*mrmccullough@winston.com*
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550

KATHERINE VIDAL (SBN: 194971)
*kvidal@winston.com*
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
1901 L St., NW
Washington, D.C. 20036
*Not admitted to practice in DC*
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

KIMBALL R. ANDERSON (*pro hac vice*)
*kanderson@winston.com*
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Attorneys for Defendant and Counter-Plaintiff
FORESCOUT TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FORTINET, INC.,<br><br>             Plaintiff and Counter-Defendant,<br><br>      vs.<br><br>FORESCOUT TECHNOLOGIES, INC.,<br><br>             Defendant and Counter-Plaintiff. | CASE NO. 3:20-CV-03343-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate that all claims and counterclaims in this case shall be dismissed as follows:

Fortinet's claims for patent infringement (Dkt. 67, Counts I–V), Forescout's counterclaims for patent infringement (Dkt. 107, Counts VII–XII), and Forescout's counterclaim for tortious interference (Dkt. 107, Count I) shall be dismissed with prejudice.

Forescout's counterclaims for declaratory judgment of invalidity (Dkt. 107, Counts II–VI) and Fortinet's counterclaims for declaratory judgment of invalidity (Dkt. 135, First through Sixth Counterclaims) shall be dismissed without prejudice.

Each party shall bear its own costs, expenses, and fees.


DATED:  February 6, 2025

Respectfully Submitted:
FORTINET, INC


By: */s/ John M. Neukom*_____
John M. Neukom
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
*Attorneys for Plaintiff Fortinet, Inc.*

DATED:  February 6, 2025

Respectfully Submitted:
FORESCOUT TECHNOLOGIES INC.


By: */s/ Kimball R. Anderson*_____
Kimball R. Anderson
WINSTON & STRAWN LLP
*Attorneys for Defendant Forescout Technologies, Inc.*

## **ATTESTATION**

I, Kimball R. Anderson, am the ECF user whose identification and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories hereto concur in this filing.

*/s/ Kimball R. Anderson*_____
Kimball R. Anderson

**PURSUANT TO STIPULATION, IT IS SO ORDERED**


Date:  February  6  , 2025

_____

Honorable Edward M. Chen

United States District Judge